UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 25, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SAMUEL ELIJASIDNEY SCOTT, ) <br> ) <br> Defendant. ) | Case No. 2:17-MJ-00147-DB-3 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SAMUEL ELIJASIDNEY SCOTT</u>, Case No. <u>2:17-MJ-00147-DB-3</u>, Charge <u>Title 18 USC §§ 922(a)(1)(A); (j); 371</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    ✔  Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

    ✔  (Other)    <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 25, 2017</u> at <u>3:40</u> pm.

By _____
Deborah Barnes
United States Magistrate Judge